31 A.3d 944

IN THE MATTER OF NEIL G. DUFFY, III, AN ATTORNEY
AT LAW (ATTORNEY NO. 009231983).

December 9, 2011.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 11–108 and DRB 11–193, concluding that **NEIL G. DUFFY, III,** of **UNION,** who was admitted to the bar of this State in 1983, should be reprimanded for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.4(b) (failure to communicate), *RPC* 1.16(d) (failure to return unearned fees), *RPC* 1.1(b) (pattern of neglect), *RPC* 1.1(a) (gross neglect), and *RPC* 1.3 (lack of diligence);

And the Disciplinary Review Board having further concluded that respondent should continue to participate in Alcoholics Anonymous, and refund unearned legal fees to three clients;

And good cause appearing;

It is ORDERED that **NEIL G. DUFFY, III,** is hereby reprimanded; and it is further

ORDERED that respondent shall continue to participate in Alcoholics Anonymous and submit proof of his participation to the Office of Attorney Ethics on a schedule and in a manner to be determined by that office, until the further Order of the Court; and it is further

ORDERED that respondent shall refund unearned legal fees as determined by the Disciplinary Review Board to Manuel Rodriguez, Rae Mavrakes, and Dennis Conrad; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.